UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SHEILA ALLEN,**

   Plaintiff,

v.                                No. 4:22-CV-0737-P

**KROGER TEXAS LP,**

   Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the order dismissing the case issued on December 6, 2022, Plaintiff's claims are **DISMISSED without prejudice**. It is therefore **ORDERED, ADJUDGED,** and **DECREED** that this civil action is **DISMISSED without prejudice**. The Clerk shall transmit a true copy of this final judgment to the parties.

**SO ORDERED** on this **6th day of December 2022**.

_signature: Mark T. Pittman_

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE